Case 1:20-mc-00046-RSK ECF No. 1 filed 07/06/20 PageID.1 Page 1 of 3

FILED - GR
July 6, 2020 3:05 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ns SCANNED BY: TB 7/7/20

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

BRENDA SMITH, BROAD REACH CAPITAL, LP, BROAD REACH PARTNERS, LLC, and BRISTOL ADVISORS, LLC,

    Defendants

Case No. ___

1:20-mc-46
Ray Kent
U.S. Magistrate Judge

## NOTICE OF FILING OF COMPLAINT AND ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754

By an order of the United States District Court for the District of New Jersey, in *SEC v. Smith, et al.*, Civ. No. 2:19-cv-17213-MCA, entered on June 29, 2020, Kevin D. Kent, Esquire was appointed the receiver ("Receiver") of all of the assets and properties of Brenda Smith; Broad Reach Capital, LP; Broad Reach Partners, LLC; and Bristol Advisors, LLC; and their Affiliated Entities, including BA Smith & Associates LLC; Bristol Advisors LP; CV Brokerage, Inc.; Clearview Distribution Services LLC; CV International Investments Limited; CV International Investments PLC; CV Investments LLC; CV Lending LLC; CV Minerals LLC; BD of Louisiana, LLC; TA 1, LLC; FFCC Ventures, LLC; Prico Market, LLC; GovAdv Funding

LLC; Elm Street Investors LLC; Investment Consulting LLC; and Tempo Resources LLC. Pursuant to 28 U.S.C. § 754, the Receiver hereby files copies of (a) the Complaint filed on August 27, 2019 (excluding attachments pertaining to the *Ex Parte* Motion for a Temporary Restraining Order), (b) the Temporary Restraining Order of August 27, 2019, (c) the Preliminary Injunction Order of September 10, 2019, and (d) the June 29, 2020 Order appointing Receiver, attached hereto as Exhibits "A" through "D", respectively, for the purpose of vesting the Receiver with jurisdiction and control over all such property located within this District, with the right to take possession thereof.

Respectfully Submitted,

Dated: July 2, 2020

Robin S. Weiss, Esq.
Conrad O'Brien PC
1500 Market Street, Suite 3900
Centre Square, West Tower
Philadelphia, PA 19102
Telephone: 215-864-9600
Fax: 215-864-9620
E-Mail: rweiss@conradobrien.com
*Attorney for Receiver, Kevin D. Kent, Esq.*

2

ORIGIN ID:MUVA  (215) 864-8086
ROBIN S. WEISS, ESQUIRE
CONRAD OBRIEN, PC
1500 MARKET STREET
WEST TOWER, SUITE 3900
PHILADELPHIA, PA 19102
UNITED STATES US

SHIP DATE: 02JUL20
ACTWGT: 2.00 LB
CAD: 102685569/INET4220

BILL SENDER

TO  WESTERN DISTRICT OF MICHIGAN
399 GERALD R. FORD FEDERAL BLDG.
110 MICHIGAN ST., N.W.

GRAND RAPIDS MI 49503
(616) 456-2381
INV:
PO:                    REF: 003502-00001
                       DEPT:


FedEx Express

FRI - 03 JUL 3:00P
STANDARD OVERNIGHT

TRK# 7708 6171 5480
0201


XX GRRA                 49503
                 MI-US  GRR